**Opinion filed June 10, 2021**



In The

# Eleventh Court of Appeals

_____

## No. 11-20-00245-CV

_____

## JSPAZ GUARDIAN ENERGY SERVICES, LLC D/B/A GUARDIAN ENERGY SERVICES, AND JACKSON THOMPSON, AS GUARANTOR, Appellants

## V.

## AVALANCHE EQUIPMENT, LLC, Appellee

On Appeal from the 118th District Court
Howard County, Texas
Trial Court Cause No. 54288

### M E M O R A N D U M   O P I N I O N

Appellants have filed in this court an agreed motion to dismiss this appeal. In the motion, Appellants state that they no longer desire to pursue this appeal and that they wish to dismiss this appeal with prejudice. *See* TEX. R. APP. P. 42.1(a). Accordingly, we dismiss this appeal pursuant to the motion.

The motion to dismiss is granted, and the appeal is dismissed.

PER CURIAM

June 10, 2021

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.